**Affirmed and Opinion Filed December 7, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00560-CR
No. 05-16-00561-CR
No. 05-16-00562-CR
No. 05-16-00563-CR

**MERCEDES M. BIGGURS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-57650-U, F14-70586-U, F14-70971-U, F14-75674-U**

## MEMORANDUM OPINION

Before Justices Bridges, Myers, and Schenck
Opinion by Justice Bridges

Appellant Mercedes M. Biggurs appeals her convictions, following the adjudication of her guilt, for aggravated robbery with a deadly weapon, theft of property valued at $1,500 or more but less than $20,000, and two injury to a child offenses. The trial court assessed punishment at two years' confinement in state jail for the theft conviction, ten years' imprisonment for each injury to a child conviction, and fifteen years' imprisonment for the aggravated robbery conviction. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573

S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel delivered a copy of the brief to appellant. We advised appellant of her right to file a pro se response, but she did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
160560F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

MERCEDES M. BIGGURS, Appellant

No. 05-16-00560-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas

Trial Court Cause No. F08-57650-U.

Opinion delivered by Justice Bridges.

Justices Myers and Schenck participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered December 7, 2017.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MERCEDES M. BIGGURS, Appellant

No. 05-16-00561-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F14-70586-U.
Opinion delivered by Justice Bridges.
Justices Myers and Schenck participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered December 7, 2017.



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

MERCEDES M. BIGGURS, Appellant

No. 05-16-00562-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F14-70971-U.
Opinion delivered by Justice Bridges.
Justices Myers and Schenck participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered December 7, 2017.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MERCEDES M. BIGGURS, Appellant

No. 05-16-00563-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F14-75674-U.
Opinion delivered by Justice Bridges.
Justices Myers and Schenck participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered December 7, 2017.